# Spartan Electric Company

10097 Tyler Place #9
Ijamsville, Maryland 21754
Telephone (301) 831-8300, Fax (301) 831-1210
E-Mail: Robby@Spartan-Electric.Com

May 25, 2005

Keith Mai
S.E. Foster Construction Co.

Re: Kenyon Square Condominiums Parcel 15

Dear Keith:

Spartan Electric Co., has exhausted their efforts to obtain a bond for this job without a personal guarantee from me personally, which I am unwilling to give. That means that either we will do the job with no bond, or you will need to get another electrical contractor.

I regret that it has come to this, but you have to remember that we did not know a bond would be required, when we bid the job. We have done a lot of high rise condo buildings in the last 6 years and have never needed a bond, subsequently we do not have a relationship with a bonding company, so pretty much, we started from scratch with them.

We are continuing to pursue a bonding capability, independent of my personal guarantee for future bond required opportunities.

Sincerely,

Louis N. Robinson, President

Exhibit 2