Page 1 of 1

F.C

SPARTAN ELECTRIC

**Keith E. Mai**

**From:** Keith E. Mai [kemai@paradigmcos.com]
**Sent:** Thursday, May 26, 2005 1:37 PM
**To:** RRobinson
**Cc:** Bschuppner@Paradigmcos.Com
**Subject:** kenyan sq

Robby, in response to your letter of 5/25/05 and confirming our telephone conversation of yesterday, you will not be required to provide a P&P bond for this project. Our Project Manager, Brian Schuppner, will issue a credit change order to delete the bond premiun amount ($44,410) from your contract. Thanks, Keith Mai

Exhibit 3