IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

S.E. FOSTER CONSTRUCTION COMPANY )
)
        Plaintiff, )
)
vs. )
) Case No._____
SPARTAN ENTERPRISES, INC. )
)
        Defendant. )
_____)

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for S.E. Foster Construction Co., certify that to the best of my knowledge and belief, S.E. Foster Construction Co. and any of its parent companies, subsidiaries or affiliates are privately held and do not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                      Attorney of Record

DC Bar No. 405630
Bar Identification Number                       David C. Mancini, Esq.
                                      THELEN REID & PRIEST LLP
                                      701 Eighth Street, N.W.
                                      Washington, D.C. 20001
                                      Ph: (202) 508-4000
                                      Fax: (202) 508-4321

DC #218116 v1