AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

S.E. FOSTER CONSTRUCTION COMPANY
1415 North Taft Street, Suite 100
Arlington, VA 22201

        Plaintiff,

V.

SPARTAN ENTERPRISES, INC.
d/b/a Spartan Electric Company
10097 Tyler Place #9
Ijamsville, MD 21754
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:06CV00876

TO: (Name and address of Defendant)
SPARTAN ENTERPRISES, INC.

Serve: Corporate Services Company
       West Tower #500
       1100 New York Ave., N.W.
       Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David C. Mancini, Esq.
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Ph: (202) 508-4000
Fax: (202) 508-4321

an answer to the complaint which is served on you with this summons, within ____20____ ~~30~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK   T. Davis

(By) DEPUTY CLERK

DATE  5/15/06

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me(1) | DATE<br>05-18-06 at 2:35 p.m. |
| NAME OF SERVER (PRINT)<br>Melvin M. Shapiro | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Robert Gray, Mailroom Clerk, authorized to accept. Service was completed at 1100 New York Avenue, NW, Washington, DC 20005.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   05-19-06
            Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

*Exhibits 1-2 and Certificate Under LCvR 7.1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

05-19-2006

DAVID C. MANCINI, ESQUIRE
THELEN REID & PRIEST LLP
701 8TH STREET, NW
WASHINGTON, DC 20001-3721

S.E. Foster Construction Company v. Spartan Enterprises, Inc.

Case No. 1:06CV00876

Invoice No. 170956

Client Matter No. 037002 MATTER 4

---

SERVICE OF PROCESS
Spartan Enterprises, Inc. c/o Corporate Services Company, 1100 New York Avenue, NW, Suite 500, Washington, DC 20005
05-18-2006

| | |
|---|---:|
| COURIER SERVICE | $15.00 |
| SERVICE OF PROCESS - RUSH | $90.00 |

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**               $105.00

Please write invoice no. 170956 on your check.

**Case Comments-**