IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SPARTAN ENTERPRISES, INC.<br><br>　　　　Defendant. | Civil Action No. 1:06CV00876 |

## JOINT RULE 16.3 REPORT

Plaintiff S.E. Foster Construction Company ("S.E. Foster") and Defendant Spartan Enterprises, Inc. ("Spartan"), by their undersigned counsel, hereby submit this Joint Rule 16.3 Report. Counsel for the parties conducted a conference in accordance with Rules 26(f), 16(b) and Local Rule 16.3 on July 13, 2006.

1.　No dispositive motions have been filed in this case, and the parties do not believe at this time that this case will be resolved by dispositive motions.

2.　The parties do not intend to join any additional parties to this action, and do not believe that other parties should be joined.

3.　The parties do not believe that this case should be assigned to a magistrate judge, and do not consent to the assignment of this case to a magistrate judge.

4.　At this time, and until the parties can conduct discovery, the parties cannot make a determination as to whether there is a realistic possibility of settling this case.

5.　At this time, and until the parties can conduct discovery, the parties cannot make a determination as to whether this case would benefit from alternative dispute

resolution.  The parties would be amenable to alternative dispute resolution after discovery is completed or substantially completed.

6. At this time, the parties do not believe that this case will be resolved by way of summary judgment.

7. Since this case is a two-party dispute between a general contractor and a subcontractor that involves only one construction project, the parties have agreed to dispense with the initial disclosures required by F.R.Civ.P. 26(a)(1).

8. The parties have agreed that all fact and expert discovery could be completed by January 19, 2007.  The parties further agree that, at this time, no limits on discovery and/or a protective order are appropriate.

9. The parties do not believe that the requirement of exchange of expert witness reports and information pursuant to F.R.Civ.P. 26(a)(2) should be modified, and believe that expert witness depositions, if any, should occur after completion of fact discovery.

10. This is not a class action case.

11. The parties do not believe that the trial and/or discovery in this case should be bifurcated or managed in phases.

12. The parties agree that the date for the pre-trial conference should be in February or March, 2007.

13. The parties agree that the court should not at this time set a firm trial date, but rather should provide that a trial date be set at the pre-trial conference.

14. The parties do not have any other matters to bring to the attention of the court at this time.

Respectfully submitted,

THELEN REID & PRIEST LLP

By: _____/s/_____
David C. Mancini (DC Bar No. 405630)
701 Eighth Street, N.W.
Washington, D.C. 20001
Ph: (202) 508-4000
Fax: (202) 508-4321

Attorneys for Plaintiff S.E. Foster Construction Co.

SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.


By:_____/s/_____
William C. Davis, III (DC Bar No. 420361)
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
(301) 230-5217

Attorneys for Defendant Spartan Enterprises, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2006 a copy of the foregoing Joint Rule 16.3 Report was served by electronic mail via the court's electronic case filing system on:

William C. Davis, III, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

Counsel for Defendant Spartan Enterprises, Inc.


_____/s/_____
David C. Mancini