IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SPARTAN ENTERPRISES, INC. )<br>)<br>Defendant. ) | Case No.: 1:06CV00876 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David Mancini, a member in good standing of the Bar of this Court and a partner of the law firm of Thelen Reid & Priest LLP, hereby respectfully move this Court to admit Jason C. Tomasulo, Esquire, to appear as counsel in the above-captioned matter *pro hac vice*. As set forth in the declaration attached hereto, Mr. Tomasulo meets the requirements for *pro hac vice* admission to this Court.

WHEREFORE, we respectfully request that Mr. Tomasulo be admitted to this Court *pro hac vice* to appear as counsel in the above-captioned matter.

Dated: July 14, 2006

Respectfully submitted,

THELEN REID & PRIEST LLP
701 Eighth Street, N.W.
Washington, D.C.  20001-3721
(202) 508-4000

By: _____/s/_____
David C. Mancini
D.C. Bar No. 405630

Attorneys for Plaintiff S.E. Foster Construction Company

DC #224335 v2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SPARTAN ENTERPRISES, INC. ) <br> ) <br> Defendant. ) | Case No.: 1:06CV00876 |

## DECLARATION FOR ADMISSION *PRO HAC VICE*

I, Jason C. Tomasulo, am an attorney with the law firm of Thelen Reid & Priest LLP and state, pursuant to LCvR 83.2(d), as follows:

1. My full name is Jason Christopher Tomasulo.

2. My complete business address and phone number are: Thelen Reid & Priest LLP, 701 Eighth Street, N.W., Washington, D.C. 20001-3721, Tel: (202) 508-4278.

3. I am licensed to practice law in the District of Columbia, the Commonwealth of Virginia and the State of Maryland and am a member in good standing of each of these bars.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years, or at any other time.

6. I engage in the practice of law from an office in the District of Columbia and am a member of the District of Columbia bar (DC Bar No. 462232).

I, Jason C. Tomasulo, declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2006.                    _____/s/_____
                                              Jason C. Tomasulo

DC #224335 v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of July, 2006, a copy of the foregoing Motion for Admission *Pro Hac Vice* and Declaration for Admission *Pro Hac Vice* was served via electronic mail through the Court's electronic case filing system upon the following:

William C. Davis, III, Esq.
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, MD 20852

Counsel for Defendant Spartan Enterprises, Inc.


_____/s/_____
David C. Mancini

DC #224335 v2