## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SPARTAN ENTERPRISES, INC. )<br>)<br>Defendant. ) | Case No.: 1:06CV00876 |

## ORDER

It is hereby ordered that the Motion for Admission *Pro Hac Vice* of Jason C. Tomasulo is **GRANTED**, and Jason C. Tomasulo is hereby admitted for the purpose of appearing as *pro hac vice* counsel for Plaintiff S.E. Foster Construction Company in the above-captioned matter.

_____
United States District Judge

Dated: _____

4

DC #224335 v2

## **MAILING LIST**

David C. Mancini, Esq.
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C.   20001-3721

Counsel for Plaintiff S.E. Foster Construction Co.

William C. Davis, III, Esq.
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, MD 20852

Counsel for Defendant Spartan Enterprises, Inc.