IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY )<br>)<br>Plaintiff,               )<br>)<br>vs.                          )<br>)   Case No. 1:06-cv-00876 (PLF)<br>SPARTAN ENTERPRISES, INC.    )<br>)<br>Defendant.              )<br>_____) | |

### FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective December 1, 2006, the law firm of Thelen Reid & Priest LLP, counsel for S. E. Foster Construction Company, in the above-entitled action, has changed its name to Thelen Reid Brown Raysman & Steiner LLP. The firm's address and telephone and fax numbers will remain the same.

Dated:  December 11, 2006
                                    Respectfully submitted,

                                    _____
                                    David C. Mancini
                                    Jason Tomasulo (Admitted *pro hac vice*)
                                    THELEN REID BROWN RAYSMAN &
                                       STEINER LLP
                                    701 Eighth Street, NW
                                    Washington, DC 20001-3721
                                    Tel: (202) 508-4287
                                    Fax: (202) 654-3359
                                    Counsel for Plaintiff S.E. Foster Construction
                                    Company

## CERTIFICATE OF SERVICE

I certify that the foregoing Firm Name Change was served on this 11[h] day of December 2006 via facsimile upon the following:

William C. Davis, III, Esq.
Shulman Rogers Gandal Pordy & Ecker, PA
11921 Rockville Pike, Suite 300
Rockville, MD 20852

Counsel for Defendant Spartan Enterprises, Inc.

_____
David C. Manini