**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

S.E. FOSTER CONSTRUCTION COMPANY

Plaintiff,

vs.

SPARTAN ENTERPRISES, INC.

Defendant.

Civil Action No. 1:06CV00876

**CONSENT MOTION FOR EXTENSION OF DISCOVERY COMPLETION DEADLINE**

Plaintiff S.E. Foster Construction Company ("S.E. Foster") and Defendant Spartan Enterprises, Inc. ("Spartan"), by their respective undersigned counsel, hereby move for a brief extension of the deadline for completion of fact discovery through and including February 1, 2007, and as grounds therefor state the following:

1. Pursuant to the Scheduling Order, the deadline for completion of fact discovery is January 19, 2007.

2. Pursuant to the Scheduling Order, there is a Status Conference scheduled with Judge Friedman on February 2, 2007.

3. The parties request a brief extension of the fact discovery completion deadline to complete depositions of the parties and obtain remaining documents from the owner of the subject construction project. Pursuant to a subpoena issued by Spartan, the owner of the subject construction project was required to produce documents by January 8, 2007. However, the project owner (a non-party to this litigation) has requested an extension

of time to produce its documents, and the owner's documents are expected shortly. Because of prior scheduling conflicts and the response by the project owner, the depositions of the parties are scheduled to take place on January 23-25th, and during the week of January 29th.

4. Although the Scheduling Order contemplates expert witness discovery subsequent to the completion of fact discovery, neither S.E. Foster nor Spartan have named any expert witnesses. As such, the parties will not require any additional time to complete expert discovery.

5. There have been no prior requests or extensions of the deadlines contained in the Scheduling Order, and the requested extension of time will not cause any delay in any dates in the Scheduling Order. Since there will be no follow-on expert discovery after completion of fact discovery, the parties will be in a position at the February 2nd Status Conference to discuss trial dates and alternative dispute resolution, and the parties intend to request the soonest available trial date.

6. Accordingly, the parties respectfully request that the Court grant the Motion and enter an Order extending the deadline for completion of fact discovery through and including February 1, 2007.

Respectfully submitted,

______________/s/

David C. Mancini, Bar No. 405630
Jason C. Tomasulo (*pro hac vice*)
THELEN REID BROWN RAYSMAN &
STEINER LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
202-508-4000
202-508-4321 (fax)

Attorneys for Plaintiff S.E. Foster Construction Company

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By:______________/s/

William C. Davis, III, Bar No. 420361

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
301-230-5217
301-230-2891 (fax)

Attorneys for Defendant Spartan Enterprises, Inc.

## CERTIFICATE OF SERVICE

______I certify that the foregoing Consent Motion was served on this 16th day of January 2007 by email upon:

David C. Mancini, Esquire
Jason C. Tomasulo, Esquire
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
dmancini@thelen.com
jtomasulo@thelen.com

Counsel for Plaintiff S.E. Foster Construction Company

G:\39\Spartan\Documents\72003066.ConsentMotionExtensionDiscoveryDeadline.wpd