UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0876 (PLF) |
| ) | |
| SPARTAN ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER OF REFERRAL

This matter came before the Court for a status conference on February 2, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge John M. Facciola for settlement discussions, beginning February 2, 2007; discussions shall conclude on or before July 6, 2007. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 2, 2007