UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPARTAN ENTERPRISES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0876 (PLF) |

PRETRIAL SCHEDULING ORDER

This case came before the Court on February 2, 2007 for a status conference. Based upon the representations of counsel, it is hereby ORDERED that

1.  This action is set for Pretrial Conference on July 6, 2007, at 10 a.m. and Trial before the Court on July 17, 2007 at 10:00 a.m. In connection with the Pretrial Conference counsel for all parties shall file a Joint Pretrial Statement by June 25, 2007. Counsel are reminded that they are required to follow the provisions of Local Civil Rule 16.5 in preparing their Joint Pretrial Statement. The Joint Pretrial Statement shall contain:

    a.  A description of the remaining parties and the remaining claims before the Court.

    b.  A concise statement of facts alleged to give rise to the litigation, a statement of claims and a statement of defenses as set forth in Local Civil Rule 16.5(b)(1)-(4). Special damages must be itemized, and injuries, if claimed, must be described.

    c.  All stipulations of fact and law.

    d. The names of all known witnesses, their addresses, a brief summary of expected testimony and an estimate of time each witness will take, and, if expert, the area of expertise, in the manner described in Local Civil Rule 16.5(b)(5).  If request has been made, Rule 26 information must be provided before the Pretrial date.

    e. A list of proposed exhibits in the manner described in Local Civil Rule 16.5(b)(6).  Pursuant to Local Civil Rule 16.5(e), all objections to the authenticity of documents and the admissibility of trial exhibits, except on grounds of relevance, must be made at or before the pretrial conference.  At the pretrial conference, counsel must jointly provide the Court with two notebooks containing a copy of all exhibits that either side will seek to introduce, with an index or table of contents to the notebook, and two separate notebooks containing excerpts from any depositions that either side may seek to introduce.

    f. A designation of depositions, or portions thereof, to be offered by either party, as described in Local Civil Rule 16.5(b)(7).  Pursuant to Local Civil Rule 16.5(e), all objections to the use of depositions must be made at or before the pretrial conference.

    g. A final estimate of trial time.

    h. A statement of the parties' efforts to settle this case.

    i. A list of motions to be decided at or before the commencement of trial.

  2. Counsel may submit separate trial briefs or memoranda of law, as well as any motions to be decided before trial, by June 25, 2007, addressing any legal issues that they believe the Court should consider prior to the commencement of Trial.

3.	Counsel are expected to continue to evaluate their respective cases for settlement purposes. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 2, 2007