# EXHIBIT 1

# APPLICATION AND CERTIFICATE FOR PAYMENT

| | | |
|---|---|---|
| TO OWNER: | Columbia Heights Ventures Parcel 15, LI<br>7200 Wisconsin Avenue, Suite 310<br>Bethesda, MD 20814 | PROJECT: Kenyon Square Condominium |
| FROM CONTRACTOR: | S.E. Foster Construction<br>1415 North Taft Street, Suite 100<br>Arlington, VA 22201 | ARCHITECT: Torti Gallas and Partners, Inc.<br>1300 Spring Street, 4th Floor<br>Silver Spring, MD 20910 |
| CONTRACT FOR: | General Contractor | |

APPLICATION NO. 25
PERIOD TO: 4/30/07
CONTRACT DATE: Feb. 9, 2005

Distribution to:
X  OWNER
X  ARCHITECT
X  CONTRACTOR
X  CONSULTANT
X  CONSULTANT
X  CONSULTANT

#129COVR.xls

## CONTRACTORS' APPLICATION FOR PAYMENT

Application is made for payment as shown below, in connection with the Contract, Continuation Sheet, PFSR is attached

| | | |
|---|---:|---|
| 1. ORIGINAL CONTRACT SUM (Column E - PFSR) | $41,240,000.00 | |
| 2. Net change by Change Orders (Column G - PFSR) | $112,711.00 | |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) (Column H - PFSR) | $41,352,711.00 | |
| 4. TOTAL COMPLETED & STORED TO DATE (Column M - PFSR) | $37,129,419.00 | |
| 5. RETAINAGE $1,435,165.00 (Column L - PFSR) | | |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $35,694,254.00 | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $34,134,735.00 | |
| 8. CURRENT PAYMENT DUE | $1,559,519.00 | |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $5,658,457.00 | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---:|---:|
| Total changes approved in previous months by Owner | $1,006,730 | ($894,019) |
| Total approved this month<br>Pending OCO#008R2 Reconciliation | $0 | $0.00 |
| TOTALS | $1,006,730 | ($894,019) |
| NET CHANGES by Change Order | $112,711 | |

The undersigned Contractor certifies that Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _[signature]_  Date: 5-1-07

State of: Virginia
County of: Arlington
Subscribed and sworn to before
me this 1st day of May, 2007

Notary Public: Cristina Morales
My Commission Expires: January 31, 2011  _[signature] Cristina Morales_

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the undersigned certifies to the Owner that the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................... $ _____

ARCHITECT:
By: _____ Date: _____
Lender's
CONSULTANT:
By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment, and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

KENYON SQUARE - Application #25, Period Apr 1st, 2007 through Apr 30th, 2007
Project Financial Status Report
Updated: 05/01/07

| (A) CODE | (B) | (C) CONTRACTOR NAME | (D) DESCRIPTION | (E) SCHEDULE OF VALUES | (F) SUB-CONTRACT BUY OUT | (G) APPROVED CHANGES | (H) ADJUSTED CONTRACT AMOUNT (F+G) | (I) VARIANCE (+/-) (H-E) | (J) CONTRACTOR PAYMENTS TO DATE | (K) CURRENT DRAW REQUEST | (L) RETENTION HELD | (M) TOTAL STORED & COMPLETED (J+K+L) | (N) PERCENTAGE COMPLETE (%) (M/H) | (O) BALANCE TO COMPLETE (H-M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0200 | | Schnable Foundation | Sheeting and Shoring - S | 970,000 | 949,346 | 51,394 | 1,000,740 | 30,740 | 990,740 | 10,000 | 0 | 1,000,740 | 100% | 0 |
| 0201 | | S.E.Foster | Safety Rails - L&M | 10,000 | 2,974 | 0 | 2,974 | (7,026) | 2,974 | 0 | 0 | 2,974 | 100% | 0 |
| 0300 | | Goldin & Stafford | Earthwork - Site - S | 1,090,000 | 1,139,754 | 50,961 | 1,190,715 | 100,715 | 1,180,387 | 6,915 | 0 | 1,187,302 | 100% | 3,413 |
| 0301 | | S.E.Foster | Traffic Control - L&M | 12,860 | 11,265 | 8,085 | 19,350 | 6,490 | 18,816 | 534 | 0 | 19,350 | 100% | 0 |
| 0302 | | S.E.Foster | Earthwork - L&M | 60,960 | 22,104 | 35 | 22,139 | (38,821) | 21,915 | 224 | 0 | 22,139 | 100% | 0 |
| 0400 | | Paynes Parking | Paving Accessories - S | 8,000 | 8,900 | 0 | 8,900 | 900 | 0 | 0 | 0 | 0 | 0% | 8,900 |
| 0500 | | | Paving Allowance - | 60,000 | 60,000 | (29,000) | 31,000 | (29,000) | 893 | 0 | 0 | 893 | 3% | 30,107 |
| 0600 | | Fort Myer | Concrete Site - S | 165,000 | 187,478 | 0 | 187,478 | 22,478 | 76,143 | 92,587 | 18,748 | 187,478 | 100% | 0 |
| | | A.C. Miller | Boxes for Verizon - S | 0 | 0 | 0 | 3,964 | 3,964 | 3,795 | 0 | 0 | 3,795 | 96% | 169 |
| 0700 | | Creative Pipe Solution | Utilities - Sanitary,Storm,Water - S | 352,000 | 253,150 | 125,700 | 378,850 | 26,850 | 310,542 | 0 | 13,458 | 324,000 | 86% | 54,850 |
| 0701 | | S.E.Foster | Utilities - Sanitary,Storm,Water - L&M | 0 | 0 | 750 | 750 | 750 | 750 | 0 | 0 | 750 | 100% | 0 |
| 0800 | | Greenlink | Landscaping/Irrigation - S | 108,500 | 126,310 | 0 | 126,310 | 17,810 | 23,819 | 0 | 2,647 | 26,466 | 21% | 99,844 |
| 0900 | | | Chain Link Fence - S | 21,500 | 20,900 | 0 | 20,900 | (600) | 0 | 0 | 0 | 0 | 0% | 20,900 |
| 1000 | | S.E.Foster | Dewatering Allowance - L&M | 60,000 | 60,000 | (35,000) | 25,000 | (35,000) | 18,446 | 112 | 0 | 18,558 | 74% | 6,442 |
| 1200 | | Bowman Consulting | Stakeout/Survey - S | 40,000 | 38,000 | (20,000) | 18,000 | (22,000) | 13,000 | 0 | 0 | 13,000 | 72% | 5,000 |
| 1201 | | S.E.Foster | Stakeout/Survey - L&M | 0 | 0 | 2,107 | 2,107 | 2,107 | 2,107 | 0 | 0 | 2,107 | 100% | 0 |
| 1300 | | Miller & Long | Concrete Building - S | 8,416,500 | 8,432,833 | 107,460 | 8,540,293 | 123,793 | 8,440,293 | 31,758 | 102,000 | 8,574,051 | 100% | (33,758) |
| 1301 | | S.E.Foster | Curbs, Fills, Demo - L&M | 16,000 | 21,905 | 0 | 21,905 | 5,905 | 19,448 | 2,457 | 0 | 21,905 | 100% | 0 |
| 1302 | | S.E.Foster | Safety Cables - L&M | 25,500 | 8,918 | 0 | 8,918 | (16,582) | 8,918 | 0 | 0 | 8,918 | 100% | 0 |
| 1400 | | Concrete Floor System | Concrete Sealers Floor - PO | 12,000 | 9,706 | 0 | 9,706 | (2,294) | 1,944 | 277 | 247 | 2,468 | 25% | 7,238 |
| 1500 | | Interstate Gypsum | Gypcrete - S | 0 | 0 | 0 | 10,900 | 10,900 | 9,810 | 0 | 1,090 | 10,900 | 100% | 0 |
| 1800 | | David Kucera, Inc | Precast Concrete Furn & Inst - S | 677,000 | 212,851 | 16,455 | 229,306 | (447,694) | 212,851 | 0 | 0 | 212,851 | 93% | 16,455 |
| 1801 | | S.E.Foster | Precast Concrete Furn & Inst - L&M | 0 | 1,913 | 0 | 1,913 | 1,913 | 1,913 | 0 | 0 | 1,913 | 100% | 0 |
| 1802 | | Wrights Iron & Steel | Precast Concrete Furn & Inst - Sub | 0 | 468,000 | 0 | 468,000 | 468,000 | 393,750 | 28,507 | 22,224 | 444,481 | 95% | 23,519 |
| 2000 | | | Security Guard Allowance | 45,000 | 45,000 | 0 | 45,000 | 0 | 37,054 | 7,083 | 0 | 44,137 | 98% | 863 |
| 2?00 | | | Site Pavers - S | 45,650 | 45,650 | 0 | 45,650 | 0 | 0 | 0 | 0 | 0 | 0% | 45,650 |
| 2500 | | Spartan Masonry | Masonry & Precast Concrete - S | 2,468,270 | 2,637,072 | 162,626 | 2,799,698 | 331,428 | 2,444,882 | 11,738 | 129,298 | 2,585,918 | 92% | 213,780 |
| 2501 | | SEF Stainless Steel | Stainless Steel Rails - S | 171,150 | 25,000 | 0 | 25,000 | (146,150) | 7,560 | 0 | 840 | 8,400 | 34% | 16,600 |
| 2600 | | Schaefer Interstate | Aluminum Rails - S | 111,740 | 131,564 | 0 | 131,564 | 19,824 | 78,544 | 21,253 | 11,088 | 110,885 | 84% | 20,679 |
| 2800 | | Beltway Iron | Misc. Metals & Alum Trelis, Canop. - S | 1,392,405 | 1,109,615 | 51,950 | 1,161,565 | (230,840) | 762,299 | 60,301 | 91,400 | 914,000 | 79% | 247,565 |
| 2801 | | Pro Bel | Pro-Bell Roof Anchors Allow | 37,300 | 84,833 | 0 | 84,833 | 47,533 | 66,350 | 10,000 | 8,483 | 84,833 | 100% | 0 |
| 2802 | | S.E.Foster | Clean Roof Anchors - L&M | 0 | 534 | 0 | 534 | 534 | 432 | 102 | 0 | 534 | 100% | 0 |
| 2900 | | | Fiberglass Cornices Install - S | 58,000 | 58,000 | 0 | 58,000 | 0 | 0 | 0 | 0 | 0 | 0% | 58,000 |
| 2901 | | | Fiberglass Cornices - PO | 114,000 | 114,000 | 0 | 114,000 | 0 | 0 | 0 | 0 | 0 | 0% | 114,000 |
| 3200 | | S.E.Foster | Unload Distribute - L&M | 20,680 | 20,349 | 331 | 20,680 | 0 | 5,896 | 6,969 | 0 | 12,865 | 62% | 7,815 |
| 3201 | | S.E.Foster | Temporary Barricades - L&M | 15,000 | 16,918 | 0 | 16,918 | 1,918 | 15,658 | 1,260 | 0 | 16,918 | 100% | 0 |
| 3202 | | S.E.Foster | Sheet Lumber & Fiberboard - L&M | 10,492 | 29,736 | 0 | 29,736 | 19,244 | 29,200 | 536 | 0 | 29,736 | 100% | 0 |
| 3203 | | S.E.Foster | Interior Lumber - L&M | 63,828 | 63,828 | 0 | 63,828 | 0 | 24,452 | 7,410 | 0 | 31,862 | 50% | 31,966 |
| 3204 | | | Fastener Hardware & Equip - L&M | 7,000 | 7,000 | 0 | 7,000 | 0 | 155 | 481 | 0 | 636 | 9% | 6,364 |
| 3205 | | S.E.Foster | Metro Overhead Protection - L&M | 0 | 58,900 | 30,100 | 89,000 | 89,000 | 36,458 | 20,269 | 0 | 56,727 | 64% | 32,273 |
| 3206 | | S.E.Foster | Window Blocking Install - L&M | 0 | 14,705 | 30,259 | 44,964 | 44,964 | 44,184 | 780 | 0 | 44,964 | 100% | 0 |

KENYON SQUARE - Application #25, Period Apr 1st, 2007 through Apr 30th, 2007
Project Financial Status Report
Updated: 05/01/07

| (A) CODE | (B) | (C) CONTRACTOR NAME | (D) DESCRIPTION | (E) SCHEDULE OF VALUES | (F) SUB-CONTRACT BUY OUT | (G) APPROVED CHANGES | (H) ADJUSTED CONTRACT AMOUNT (F+G) | (I) VARIANCE (+/-) (H-E) | (J) CONTRACTOR PAYMENTS TO DATE | (K) CURRENT DRAW REQUEST | (L) RETENTION HELD | (M) TOTAL STORED & COMPLETED (J+K+L) | (N) PERCENTAGE COMPLETE (%) (M/H) | (O) BALANCE TO COMPLETE (H-M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3300 | | JCL Construction | Install Trim, Hardwr, Rails - S | 172,300 | 165,000 | 0 | 165,000 | (7,300) | 34,650 | 45,900 | 8,950 | 89,500 | 54% | 75,500 |
| 3301 | | Louis Grasmick | Millwork - Trim Matl - PO | 60,000 | 29,701 | 0 | 29,701 | (30,299) | 29,701 | 128 | 0 | 29,829 | 100% | (128) |
| 3302 | | | Millwork - Trim Matls | 10,700 | 10,700 | 0 | 10,700 | 0 | 0 | 0 | 0 | 0 | 0% | 10,700 |
| 3303 | | S.E.Foster | Millwork - Trim Labor | 45,000 | 0 | 0 | 0 | (45,000) | 0 | 0 | 0 | 0 | 0% | 0 |
| 3304 | | Wellingfod Systems | Common Area Millwork Upgrades | 253,745 | 253,745 | 0 | 253,745 | 0 | 0 | 50,642 | 5,627 | 56,269 | 22% | 197,476 |
| 3400 | | Monumental Millwork | Wood Doors Pre Hung - PO | 104,700 | 95,000 | 0 | 95,000 | (9,700) | 79,847 | 15,235 | 0 | 95,082 | 100% | (82) |
| 3500 | | AYA Kitchens | Casework Cabinets - S | 425,415 | 405,109 | 0 | 405,109 | (20,306) | 104,902 | 15,000 | 13,323 | 133,225 | 33% | 271,884 |
| 3501 | | Concrete Jungle | Concrete Tops/Fireplace Surround - S | 15,630 | 14,800 | 0 | 14,800 | (830) | 6,660 | 0 | 740 | 7,400 | 50% | 7,400 |
| ? | | Universal Stones | Granite Kitchen Countertops - S | 179,927 | 170,528 | 0 | 170,528 | (9,399) | 0 | 0 | 0 | 0 | 0% | 170,528 |
| ..03 | | S.E.Foster | Granite Kitchen Countertops - L&M | 10,120 | 10,120 | 0 | 10,120 | 0 | 0 | 162 | 0 | 162 | 2% | 9,958 |
| 3600 | | | Upholstered Cushions - PO | 10,000 | 0 | 0 | 0 | (10,000) | 0 | 0 | 0 | 0 | 0% | 0 |
| 3800 | | Prospect Waterproof | Waterproofing/Roofing - S | 715,450 | 739,805 | 1,033 | 740,838 | 25,388 | 629,909 | 42,311 | 35,381 | 707,601 | 96% | 33,237 |
| 3801 | | S.E.Foster | Waterproofing/Roofing - L&M | 0 | 0 | 0 | 4,232 | 4,232 | 4,125 | 107 | 0 | 4,232 | 100% | 0 |
| 3900 | | J&W Caulking | Caulking & Sealants/Paint Slab Edge - | 110,000 | 90,000 | 0 | 90,000 | (20,000) | 28,865 | 0 | 3,207 | 32,072 | 36% | 57,928 |
| 3901 | | | Pedestrian Traffic Coatings on Bales -S | 0 | 15,000 | 0 | 15,000 | 15,000 | 0 | 0 | 0 | 0 | 0% | 15,000 |
| 3902 | | S.E.Foster | Fire Stopping - L&M | 800 | 800 | 0 | 800 | 0 | 466 | 34 | 0 | 500 | 63% | 300 |
| in 3800 | | | Roof and Sheet Metal, Roof Pavers - S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0% | 0 |
| 4200 | | S.E.Foster | Seal Openings - L&M | 4,000 | 4,000 | 0 | 4,000 | 0 | 62 | 0 | 0 | 62 | 2% | 3,938 |
| 4201 | | Nystrom | Louvers - PO | 26,500 | 20,000 | 0 | 20,000 | (6,500) | 19,666 | 0 | 0 | 19,666 | 98% | 334 |
| 4300 | | | Louvers - L&M | 7,500 | 7,500 | 0 | 7,500 | 0 | 0 | 0 | 0 | 0 | 0% | 7,500 |
| 4301 | | | Dome Finial - L&M | 12,800 | 0 | 0 | 0 | (12,800) | 0 | 0 | 0 | 0 | 0% | 0 |
| 4400 | | Arc One, LLC | Hollow MTL. & Finish HRDW. - PO | 487,550 | 476,700 | 0 | 476,700 | (10,850) | 468,215 | 252 | 0 | 468,467 | 98% | 8,233 |
| 4600 | | S.E.Foster | Hollow MTL. & Finish HRDW. - L&M | 0 | 504 | 0 | 504 | 504 | 252 | 252 | 0 | 504 | 100% | 0 |
| 4601 | | Crown Industrial | Barn Door Hardware - PO | 0 | 60,000 | 0 | 60,000 | 60,000 | 0 | 60,000 | 0 | 60,000 | 100% | 0 |
| 4602 | | Nystrom | Access Panels - L&M | 2,800 | 0 | 0 | 0 | (2,800) | 0 | 0 | 0 | 0 | 0% | 0 |
| 4700 | | | Overhead Doors, Bumpers - S | 46,330 | 49,026 | 7,001 | 56,027 | 9,697 | 0 | 0 | 0 | 0 | 0% | 56,027 |
| ..0 | | Nittany | Windows/Terrace Doors - S | 1,518,192 | 2,310,000 | (1,400) | 2,308,600 | 790,408 | 1,826,253 | 230,469 | 108,248 | 2,164,970 | 94% | 143,630 |
| 5201 | | S.E.Foster | Window/Door - L&M | 23,750 | 23,750 | 0 | 23,750 | 0 | 4,385 | 504 | 0 | 4,889 | 21% | 18,861 |
| 5202 | | | Window/Door Labor & Stocking | 27,000 | 27,000 | 0 | 27,000 | 0 | 0 | 0 | 0 | 0 | 0% | 27,000 |
| 5203 | | Advantage Electros. | Window Refinishing - S | 0 | 20,600 | 0 | 20,600 | 20,600 | 0 | 19,570 | 1,030 | 20,600 | 100% | 0 |
| 5400 | | Nittany | Glass,Glaze,Aluminum, Storefront - S | 518,650 | 0 | 0 | 0 | (518,650) | 0 | 0 | 0 | 0 | 0% | 0 |
| 5500 | | Nittany | Alucabond Panels | 24,000 | 0 | 0 | 0 | (24,000) | 0 | 0 | 0 | 0 | 0% | 0 |
| 5501 | | Nittany | Composite Panels and Alum. Plate | 343,000 | 0 | 0 | 0 | (343,000) | 0 | 0 | 0 | 0 | 0% | 0 |
| 5700 | | Universal Stones | Thresholds for Entry Doors - in 3502 | 8,000 | 0 | 0 | 0 | (8,000) | 0 | 0 | 0 | 0 | 0% | 0 |
| 6000 | | A&M Drywall | Drywall- S | 3,135,750 | 3,186,824 | 36,483 | 3,223,307 | 87,557 | 2,815,889 | 132,798 | 155,195 | 3,103,882 | 96% | 119,425 |
| 6001 | | S.E.Foster | Drywall - L&M | 2,800 | 2,800 | 0 | 2,800 | 0 | 1,163 | 0 | 0 | 1,163 | 42% | 1,637 |
| 6200 | | CTI | Ceramic Tile - S | 229,947 | 257,931 | 0 | 257,931 | 27,984 | 50,018 | 62,527 | 12,506 | 125,051 | 48% | 132,880 |
| 6201 | | International Wall | Lobby Wall Tile - S | 0 | 22,700 | 0 | 22,700 | 22,700 | 10,620 | 0 | 1,180 | 11,800 | 52% | 10,900 |
| 6600 | | C.B. Flooring | Carpeting, Vct, Wood - S | 789,500 | 764,575 | 0 | 764,575 | (24,925) | 7,897 | 0 | 878 | 8,775 | 1% | 755,800 |
| 6800 | | Depaulo Painting | Painting - S | 368,364 | 364,293 | 0 | 364,293 | (4,071) | 173,087 | 85,187 | 28,697 | 286,971 | 79% | 77,322 |
| 7300 | | | Graphics - Signage Allowance - PO | 15,300 | 15,313 | (15,000) | 313 | (14,987) | 313 | 0 | 0 | 313 | 100% | 0 |
| 7400 | | B&K Distributors | Toilet Accessories, Mirrors - S | 67,725 | 95,223 | 0 | 95,223 | 27,498 | 0 | 18,212 | 2,024 | 20,236 | 21% | 74,987 |

**KENYON SQUARE - Application #25, Period Apr 1st, 2007 through Apr 30th, 2007**
Project Financial Status Report
Updated: 05/01/07

| (A) CODE | (B) | (C) CONTRACTOR NAME | (D) DESCRIPTION | (E) SCHEDULE OF VALUES | (F) SUB-CONTRACT BUY OUT | (G) APPROVED CHANGES | (H) ADJUSTED CONTRACT AMOUNT (F+G) | (I) VARIANCE (+/-) (H-E) | (J) CONTRACTOR PAYMENTS TO DATE | (K) CURRENT DRAW REQUEST | (L) RETENTION HELD | (M) TOTAL STORED & COMPLETED (J+K+L) | (N) PERCENTAGE COMPLETE (%) (M/H) | (O) BALANCE TO COMPLETE (H-M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7500 | | in 7400 | Shelving - S | 29,375 | 0 | 0 | 0 | (29,375) | 0 | | 0 | 0 | 0% | 0 |
| 7501 | | | Storage Locker Allowance - S | 33,000 | 33,000 | (33,000) | 0 | (33,000) | 0 | | 0 | 0 | 0% | 0 |
| 7700 | | Atlanta 100 Corp | Mailboxes/Postal Specialties - PO | 8,900 | 6,112 | 0 | 6,112 | (2,788) | 6,112 | | 0 | 6,112 | 100% | 0 |
| 7701 | | | Mailboxes Install | 750 | 750 | 0 | 750 | 0 | 0 | | 0 | 0 | 0% | 750 |
| 7800 | | Construction Specialties | Floor Mat - PO | 2,800 | 2,973 | 0 | 2,973 | 173 | 2,973 | | 0 | 2,973 | 100% | 0 |
| 7801 | | | Floor Mat - L&M | 500 | 500 | 0 | 500 | 0 | 0 | | 0 | 0 | 0% | 500 |
| 7900 | | | Fire Extinguishers Allowance - PO | 1,500 | 1,500 | 0 | 1,500 | 0 | 0 | | 0 | 0 | 0% | 1,500 |
| 7901 | | | Fire Extinguishers Allow Install | 500 | 500 | 0 | 500 | 0 | 0 | | 0 | 0 | 0% | 500 |
| | | | Fireplaces, Electric - S | 28,100 | 30,800 | (26,115) | 4,685 | (23,415) | 0 | | 0 | 0 | 0% | 4,685 |
| 8100 | | Sun Control Systems | Window Blinds- S | 58,000 | 55,943 | 0 | 55,943 | (2,057) | 2,517 | | 280 | 2,797 | 5% | 53,146 |
| 8101 | | Leonard's Draperies | Draperies in Common Areas - S | 12,500 | 15,762 | 0 | 15,762 | 3,262 | 7,881 | | 876 | 8,757 | 56% | 7,005 |
| 8200 | | Big Stuff | Trash Chute and Compactor - S | 35,000 | 30,000 | 0 | 30,000 | (5,000) | 12,902 | | 1,434 | 14,336 | 48% | 15,664 |
| 8300 | | General Electric | Kitchen Appliances - PO | 511,083 | 521,464 | 0 | 521,464 | 10,381 | 195 | 8,411 | 0 | 8,606 | 2% | 512,858 |
| 8301 | | | Kitchen Appliances - L&M | 18,237 | 18,237 | 0 | 18,237 | 0 | 0 | | 0 | 0 | 0% | 18,237 |
| 8400 | | | Final Cleaning of Units - S | 45,900 | 41,925 | 0 | 41,925 | (3,975) | 0 | | 0 | 0 | 0% | 41,925 |
| 8500 | | Otis Elevator | Elevators- S | 704,000 | 685,000 | 0 | 685,000 | (19,000) | 610,339 | | 32,124 | 642,463 | 94% | 42,537 |
| 8501 | | | Elevators - L&M | 5,660 | 5,660 | 0 | 5,660 | 0 | 0 | | 0 | 0 | 0% | 5,660 |
| 8600 | | | Elevator Finishes Allowance | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0% | 0 |
| 8700 | | | Subsoil Drainage - S | 35,000 | 0 | 0 | 0 | (35,000) | 0 | | 0 | 0 | 0% | 0 |
| 8800 | | Williams Mechanical | Plumbing & Mechanical - S | 3,819,260 | 3,780,000 | 0 | 3,780,000 | (39,260) | 3,506,313 | 23,887 | 185,799 | 3,715,999 | 98% | 64,001 |
| 8801 | | | Plumbing & Mechanical - L&M | 22,496 | 22,496 | 0 | 22,496 | 0 | 0 | | 0 | 0 | 0% | 22,496 |
| 8900 | | American Automatic | Fire Protection- S | 574,000 | 555,000 | 0 | 555,000 | (19,000) | 469,803 | | 24,727 | 494,530 | 89% | 60,470 |
| 9100 | | S.E.Foster | Temporary Utilities and Heat Allow. | 182,000 | 331,931 | 0 | 331,931 | 149,931 | 312,878 | 19,053 | 0 | 331,931 | 100% | 0 |
| 9200 | | Electric General | Electrical- S | 3,038,650 | 3,907,202 | (13,724) | 3,893,478 | 854,828 | 3,105,176 | 177,163 | 196,047 | 3,478,386 | 89% | 415,092 |
| 9201 | | MNM Communication | Tel. Cable, Data Wiring - S | 0 | 147,869 | 0 | 147,869 | 147,869 | 133,082 | | 14,787 | 147,869 | 100% | 0 |
| 1 | | Advanced Lighting | Lighting Protection Allowance | 50,000 | 50,000 | (11,000) | 39,000 | (11,000) | 26,125 | 4,750 | 1,625 | 32,500 | 83% | 6,500 |
| 9.,.2 | | | Security System Allowance - S | 60,000 | 60,000 | (60,000) | 0 | (60,000) | 0 | | 0 | 0 | 0% | 0 |
| 9303 | | | Pepco Vaults Allowance | 80,000 | 80,000 | (77,529) | 2,471 | (77,529) | 2,471 | | 0 | 2,471 | 100% | 0 |
| 9304 | | | Owner's Allowance (OCO #004R) | 467,899 | 467,899 | (8,675) | 459,224 | (8,675) | 372,787 | | 5,486 | 378,273 | 82% | 80,951 |
| 9500 | | S.E.Foster | General Conditions | 1,568,540 | 1,568,540 | 122,092 | 1,690,632 | 122,092 | 1,407,566 | 74,040 | 0 | 1,481,606 | 88% | 209,026 |
| 9701 | | | Contractor's Contingency | 250,000 | 250,000 | 0 | 250,000 | 0 | 0 | | 0 | 0 | 0% | 250,000 |
| 9702 | | | Warranty Allowance | 153,000 | 153,000 | 0 | 153,000 | 0 | 97 | | 0 | 97 | 0% | 152,903 |
| 9703 | | S.E.Foster | Liability Insurance | 371,160 | 371,160 | 5,655 | 376,815 | 5,655 | 319,215 | 13,263 | 0 | 332,478 | 88% | 44,337 |
| 9704 | | S.E.Foster | Bond | 263,875 | 263,875 | 5,751 | 269,626 | 5,751 | 263,875 | | 0 | 263,875 | 98% | 5,751 |
| 9705 | | S.E.Foster | Labor Burden | 404,925 | 404,925 | 20,739 | 425,664 | 20,739 | 221,951 | 11,923 | 0 | 233,874 | 55% | 191,790 |
| | | | OCO #008 | 0 | 50,328 | 0 | 50,328 | 50,328 | 47,812 | | 2,516 | 50,328 | 100% | 0 |
| | | | OCO #009 | 0 | 213,841 | 0 | 213,841 | 213,841 | 203,150 | | 10,691 | 213,841 | 100% | 0 |
| | | | OCO #08R2 Pending Reconciliation | 0 | 0 | (430,831) | (430,831) | (430,831) | 0 | | 0 | 0 | 0% | (430,831) |
| | | | Adjustment | 0 | (1,081,263) | | (1,081,263) | (1,081,263) | 0 | | 0 | 0 | 0% | (1,081,263) |
| | | | SUBTOTAL | 39,276,190 | 39,276,190 | 73,586 | 39,349,776 | 73,586 | 32,638,543 | 1,433,333 | 1,254,901 | 35,326,777 | 90% | 4,022,999 |
| | | | HARD COST SUBTOTAL | 39,276,190 | 39,276,190 | 73,586 | 39,349,776 | 73,586 | 32,638,543 | 1,433,333 | 1,254,901 | 35,326,777 | 90% | 4,022,999 |
| | | | FEE | 1,963,810 | 1,963,810 | 39,125 | 2,002,935 | 39,125 | 1,496,192 | 126,186 | 180,264 | 1,802,642 | 90% | 200,294 |
| | | | JOB TOTAL | 41,240,000 | 41,240,000 | 112,711 | 41,352,711 | 112,711 | 34,134,735 | 1,559,519 | 1,435,165 | 37,129,419 | 90% | 4,223,293 |

Proprietary Report
S.E. Foster Construction
05/15/2007

| Job: 129 | KENYON SQUARE CONDOMINIUM<br>1390 KENYON STREET, NW<br>WASHINGTON, DC 20009<br><br>District of Columbia | Contract:<br>Change Orders:<br>Revised:<br>Prev. Billed:<br>Open: | 41,240,000.00<br>543,542.00<br>41,783,542.00<br>-276,146.00<br>42,059,688.00 |
|---|---|---|---|

| Cat | Description | Date | Invoice | P.O | Contract Amount | Billings To Date | Actual (Cost) | Budget | Overrun | Actual (Hours) | Budget | Over |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Phase: 910 - TEMP UTILITIES & HEAT ALLOW** | | | | | | | 15,000.00 | | | 0.00 | |
| 401 | TEMP HEAT EQIUPMENT - ALLOW | | | | | | 2,855.25 | | | | | |
| | O  04/30/2007  APR/07 | 129911 | | NO PO AMOUNT<br>129.910.401<br>RANKIN CONSTRUCTON H | | | | | | | | |
| | Category 401 Totals | | | | | 0.00 | 2,855.25 | 15,000.00 | -12,144.75 | 0.00 | 0.00 | 0.00 |
| | Phase 910 Totals | | | | 182,000.00 | 0.00 | 19,052.84 | 182,000.00 | -162,947.16 | 0.00 | 0.00 | 0.00 |
| | **Phase: 920 - ELECTRICAL** | | | | | | | 3,024,926.00 | | | 0.00 | |
| 300 | ELECTRICAL - ELECTRICAL GENERA | | | | | | | | | | | |
| | S  04/30/2007  APR/07 | 129920 | | ALL ELECTRICAL WORK<br>129.920.300<br>ELECTRICAL GENERAL C | | 100,785.00 | | | | | | |
| | Category 300 Totals | | | | | 0.00 | 100,785.00 | 3,024,926.00 | -2,924,141.00 | 0.00 | 0.00 | 0.00 |
| 301 | TELE,CATV,DATA WIRING - MNM | | | | | | | 0.00 | | | 0.00 | |
| | Category 301 Totals | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Phase 920 Totals | | | | 3,024,926.00 | 0.00 | 100,785.00 | 3,024,926.00 | -2,924,141.00 | 0.00 | 0.00 | 0.00 |
| | **Phase: 930 - LIGHTING PROTECTION ALLOW** | | | | | | | 2,471.00 | | | 0.00 | |
| 200 | PEPCO VAULTS ALLOW - MISC | | | | | | | | | | | |
| | Category 200 Totals | | | | | 0.00 | 0.00 | 2,471.00 | -2,471.00 | 0.00 | 0.00 | 0.00 |
| 300 | LIGHTNING PROT ALLOW - ALS INC | | | | | | | 39,000.00 | | | 0.00 | |
| | S  04/30/2007  APR/07 | 129930 | | LIGHTING<br>129.930.300<br>ADVANCED LIGHTING SY | | | 5,000.00 | | | | | |
| | Category 300 Totals | | | | | 0.00 | 5,000.00 | 39,000.00 | -34,000.00 | 0.00 | 0.00 | 0.00 |
| 301 | SECURITY SYSTEM ALLOWANCE -SUB | | | | | | | 0.00 | | | 0.00 | |
| | Category 301 Totals | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 302 | PEPCO VAULTS ALLOWANCE - SUB | | | | | | | 0.00 | | | 0.00 | |
| | Category 302 Totals | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 303 | OWNER'S ALLOWANCE - SUB | | | | | | | 459,224.00 | | | 0.00 | |
| | Category 303 Totals | | | | | 0.00 | 0.00 | 459,224.00 | -459,224.00 | 0.00 | 0.00 | 0.00 |
| | Phase 930 Totals | | | | 500,695.00 | 0.00 | 5,000.00 | 500,695.00 | -495,695.00 | 0.00 | 0.00 | 0.00 |
| | **Phase: 950 - GENERAL CONDITIONS** | | | | | | | | | | | |
| 100 | SENIOR PROJECT MANAGER - L | | | | | | | 98,360.00 | | | 0.00 | |
| | L  04/05/2007  04/06/07 | | | WK END 4/3 - PAY 4/6<br>PARADIGM PAYROLL ACC | | | 375.00 | | | | | |
| | L  04/11/2007  04/13/07 | | | WK END 4/10 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 375.00 | | | | | |
| | L  04/19/2007  04/20/07 | | | WK END 4/17 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 375.00 | | | | | |
| | L  04/26/2007  04/27/07 | | | WK END 4/24 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 375.00 | | | | | |
| | Category 100 Totals | | | | | 0.00 | 1,500.00 | 98,360.00 | -96,860.00 | 0.00 | 0.00 | 0.00 |
| 101 | PROJECT MANAGER - L | | | | | | | 164,802.00 | | | 0.00 | |
| | L  04/05/2007  04/06/07 | | | WK END 4/3 - PAY 4/6<br>PARADIGM PAYROLL ACC | | | 1,461.54 | | | | | |
| | L  04/11/2007  04/13/07 | | | WK END 4/10 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 1,461.54 | | | | | |
| | L  04/19/2007  04/20/07 | | | WK END 4/17 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 1,461.54 | | | | | |
| | L  04/26/2007  04/27/07 | | | WK END 4/24 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 1,461.54 | | | | | |
| | Category 101 Totals | | | | | 0.00 | 5,846.16 | 164,802.00 | -158,955.84 | 0.00 | 0.00 | 0.00 |
| 102 | SUPERINTENDENTS - L | | | | | | | 201,169.00 | | | 0.00 | |
| | L  04/05/2007  04/06/07 | | | WK END 4/3 - PAY 4/6<br>PARADIGM PAYROLL ACC | | | 3,173.08 | | | | | |
| | L  04/11/2007  04/13/07 | | | WK END 4/10 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 3,173.08 | | | | | |
| | L  04/19/2007  04/20/07 | | | WK END 4/17 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 3,173.07 | | | | | |
| | L  04/26/2007  04/27/07 | | | WK END 4/24 - PAY 4/<br>PARADIGM PAYROLL ACC | | | 3,173.08 | | | | | |
| | Category 102 Totals | | | | | 0.00 | 12,692.31 | 201,169.00 | -188,476.69 | 0.00 | 0.00 | 0.00 |
| 103 | ASSIST SUPERINTENDENT - L | | | | | | | 135,000.00 | | | 0.00 | |
| | L  04/05/2007  04/06/07 | | | WK END 4/3 - PAY 4/6<br>PARADIGM PAYROLL ACC | | | 807.69 | | | | | |

14. Identify the exact amount of your damages and provide a calculation that shows how your damages amount was calculated.

**Answer:**

| | |
|---|---:|
| Electrical General Contract | 4,051,000.00 |
| Delete telephone/cable/data wiring | (140,000.00) |
| Add MNM Communications contract for wiring | 102,603.00 |
| | 4,013,603.00 |
| | |
| Spartan Electric Contract | 3,107,000.00 |
| | 906,603.00 |
| Spartan provided power and temporary lights for one tower crane, not two as included in EGC subcontract. | (3,000.00) |
| | 903,603.00 |

S.E. Foster Markups ??
Attorney Fees??