# EXHIBIT 2

## Bill Davis

**From:** Bill Davis
**Sent:** Thursday, May 24, 2007 9:41 PM
**To:** Mancini, David
**Subject:** RE: Settlement Conf on May 29 and Spartan Document Request

David, very sorry to hear about your medical situation and certainly hope that your recovery is a quick one. I have no problem continuing Tuesday's ADR based upon the circumstances. Please have your assistant contact the court tomorrow about this. I should be in the office @ noon, as I have a doctor's appointment myself.

I do have concerns, however, about whether the additional disocvery we agreed to back in January can be completed prior to our current trial date. Candidly, back on February 2nd when we set the trial date I assumed that the additional documents would have been produced by now and the deposition completed. As things now stand, we still do not have the additional documents, and it will take time to review them in preparation for the deposition. Given your condition, the two postponements of ADR and not having even scheduled the deposition, I feel that things are really getting compressed. Since we have already requested all documents supporting plaintiff's damages, please forward to me all available cost accounting documentation reflecting plaintiff's ultimate costs, as referenced in your email below, so that we can begin reviewing them. I also need available deposition dates beginning at least ten days after all of these additional dcouments are actually produced. I will certainly let you know prior to filing any motion seeking a postponement of the trial date, even though I assume plaintiff will not consent. Hope you feel better. Best regards.

---

**From:** Mancini, David [mailto:dmancini@thelen.com]
**Sent:** Tue 5/22/2007 12:10 PM
**To:** Bill Davis
**Subject:** Settlement Conf on May 29 and Spartan Document Request

Bill- First, I had surgery on Thursday, May 17. The scope of surgery, and thus nature and duration of recovery, are turning out to be a bit more extensive than I thought. I cannot drive for two weeks and have a tough time working for more than 15 minutes at a time. (I actually have been told not to work at all, but things are still out there, such as the issue addressed below). I had 4 disks in my neck fused together and some related problems fixed while the surgeon was in there (bulk discount?). Recovery prospects look good, but I feel pretty bad right now. I think my hope to make the settlement conference on Tuesday May 29 was too bullish. I really need another week. Is that possible? Let me know and I will have my assistant call the court.

Attached please find SEF's April 30, 2007 Application for payment to the Owner, which reflects the Total Completed and Stored (progress to date) of the EGC electrical contract. This Application for Payment is reflective of actual costs to date incurred on the EGC Contract, which is confirmed by the Job Cost Report, Phase 920, Electrical, attached as well. Note that the actual aggregate amount actually incurred to date for EGC / MNM is $ 3,626,255, reflective of actual progress on the job and associated billings from EGC and MNM.

For sake of clarity on SEF's damages, I have also included an excerpt from our Interrogatory Answers, which tabulates the damages with the scopes from the repudiated Spartan subcontract and the EGC and MNM subcontracts (the two subcontracts that comprise the

aggregate scope originally subcontracted to Spartan) , with the aggregate value of the EGC and MNM subcontracts reconciled with the Spartan subcontract being $4,013,603. The final job costs are still projected and may not be fully incurred until the end of August 2007, but almost all such costs should be incurred by the end of June 2007. Any remaining scope and costs can be readily defined and quantified at that time - approximately $100,000 or so total value. Any contract adjustments can also be explained to establish an apples-to-apples comparison, as we have discussed previously. Any such variances are shown in the Application for Payment, "Approved Changes", Column (G), and result in the "Adjusted Contract Amount", Column (H).

Therefore, excluding changes to the original reconciled scope of work, SEF will indeed incur $ 4,013,603 of cost upon the completion of the EGC and MNM subcontract work. We will obviously be prepared to produce all available cost accounting documentation reflecting these ultimate costs.

Please let me know if there is anything else you need for the actual subcontractual costs incurred.

Regards, David.

====
This message may contain confidential and /or privileged
information. This information is intended to be read only by
the individual or entity to whom it is addressed.
If you are not the intended recipient, you are on notice that
any review, disclosure, copying, distribution or use of the
contents of this message is strictly prohibited.
If you have received this message in error, please notify the
sender immediately and delete or destroy any copy of this message.

Tax Advice Disclosure: to ensure compliance with
requirements imposed by the IRS, we inform you that any
U.S. federal tax advice contained in this communication
(including any attachments) is not intended or written to be
used, and cannot be used, for the purpose of (i) avoiding
penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction
or matter addressed herein.

6/4/2007