**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 1:06CV00876 |
| SPARTAN ENTERPRISES, INC. | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the foregoing Defendant/Counter-plaintiff's Motion to Exclude Evidence Related to Alleged Damages, or in the Alternative, Motion to Continue Trial Date, and the opposition, if any, thereto, it is this ____ day of _____, 2007 by the United States District Court for the District of Columbia:

ORDERED, that Defendant/Counter-plaintiff's Defendant's Motion to Exclude Evidence Related to Alleged Damages, or in the Alternative, Motion to Continue Trial Date be, and is hereby, granted; and it is further

ORDERED, that Plaintiff/Counter-defendant be, and is hereby, excluded from introducing evidence regarding its alleged overhead and profit damages.

_____
Judge, United States District Court for the District of Columbia

Copies to:

William C. Davis, III, Esquire
Marc E. Pasekoff, Esquire
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

David C. Mancini, Esquire
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001