**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

S.E. FOSTER CONSTRUCTION     :
COMPANY          :
            :
     Plaintiff,      :
            :
  vs.          :    Civil Action No. 1:06CV00876
            :
SPARTAN ENTERPRISES, INC.    :
            :
     Defendant.     :
_____:

## <u>ORDER</u>

    Upon consideration of the foregoing Defendant/Counter-plaintiff's Motion to Exclude

Evidence Related to Alleged Damages, or in the Alternative, Motion to Continue Trial Date, and

the opposition, if any, thereto, it is this _____ day of _____, 2007 by the United States

District Court for the District of Columbia:

    ORDERED, that Defendant/Counter-plaintiff's Defendant's Motion to Exclude Evidence

Related to Alleged Damages, or in the Alternative, Motion to Continue Trial Date be, and is

hereby, granted; and it is further

    ORDERED, that the trial be, and hereby is, continued and shall begin on

_____, 200___.

          _____
          Judge, United States District Court for the District
          of Columbia

Copies to:

William C. Davis, III, Esquire
Marc E. Pasekoff, Esquire
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

David C. Mancini, Esquire
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001