IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

S.E. FOSTER CONSTRUCTION COMPANY  )
                                  )
        Plaintiff,                )
                                  )
vs.                               )
                                  )  Case No. 1:06-cv-00876 (PLF)
SPARTAN ENTERPRISES, INC.         )
                                  )
        Defendant.                )
_____)

**MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE SOONEST POSSIBLE STATUS CONFERENCE AND TRIAL DATE**

Plaintiff S.E. Foster Construction Company ("S.E. Foster"), by its undersigned counsel, hereby moves this Court for reconsideration of an Order issued on June 13, 2007 canceling the July 17, 2007 trial date in this case. In support, S. E. Foster states the following:

1.  Defendant Spartan Enterprises, Inc. ("Spartan") filed a Motion to Exclude Evidence Related to Alleged Damages or in the Alternative, Motion to Continue Trial Date. That Motion was filed on or about June 6, 2007.

2.  S.E. Foster's counsel was out on medical leave when such document was filed, but had been advised that same day by voice mail that Spartan's counsel was intending to file such a motion sometime before the end of the week (by or about June 8, 2007).

3.  At issue is S.E. Foster's documentation to support the overhead and project portion of its damages. S.E. Foster previously submitted a calculation of its damages in this case to Spartan on January 4, 2007, in its response to Spartan's Interrogatory No. 14 as follows:

> Interrogatory No. 14: Identify the exact amount of your damages and provide a calculation that shows how your damages amount was calculated.

      Answer: Without waiving its General Objections, S.E. Foster states as follows:

| | |
|---|---:|
| Electrical General Contract | 4,051,000.00 |
| Less telephone/cable/data wiring scope | (140,000.00) |
| Add MNM Communications contract for telephone/cable/data wiring scope | <u>102,603.00</u> |
| | 4,013,603.00 |
| Spartan Electric Contract | <u>3,107,000.00</u> |
| | 906,603.00 |
| Less scope change for EGC providing power and temporary lights for an ditional tower crane not in Spartan's scope | <u>(3,000.00)</u> |
| | 903,603.00 |
| Overhead and profit | <u>135,540.45</u> |
| | 1,039,143.45 |

Plus reasonable attorneys' fees per Spartan Subcontract

4.     As can be seen in the above interrogatory response, the overhead and profit component of S.E. Foster's damages is $135,540.45.

5.     At a deposition held in February 2007, S.E. Foster's corporate designee did not have information available for the breakdown of the alleged "overhead and profit" damages, but more specifically, for the overhead component. S.E. Foster had provided in discovery information regarding its anticipated profit on this project, which profit was not less than 4.5% of subcontract amounts.

6.     In the present case, where S.E. Foster incurred an additional $906,603 for the reprocurement of the electrical subcontractor services after Spartan breached its contract, S.E. Foster is entitled to an amount not less than 4.5% profit on the $906,603 in extra subcontract work, or a profit of not less than $40,797. Oral testimony at trial will also support this fact. The overhead cost component of S.E. Foster's damages is approximately $94,743.

7. S.E. Foster called Spartan's counsel on June 7, 2007, and conceded in that telephone conversation that it had not provided that overhead cost supporting documentation, but informed Spartan's counsel that it would likely forego the overhead component of its damages ($94,743) so it could maintain the July 17, 2007 trial date. Spartan indicated this approach would be acceptable. S.E. Foster reiterated this position in an email to Spartan on June 11, 2007:

> Bill- I have read your motion and am waiting to hear back from SEF. It may be that we need to rest our damages claims on whatever supporting documentation and evidence we have provided to date. We do not wish to extend the trial date. I expect to have a more definitive answer for you on Tuesday, June 12.

8. S.E. Foster's counsel called Spartan's counsel later in the evening of June 11, 2007 and again on Tuesday, June 12, 2007 to confirm it would forego the overhead damages in order to maintain the July 17, 2007 trial date.

9. S.E. Foster requested a prompt reply from Spartan's counsel, but despite the e-mail and follow up phone calls, had not heard back from Spartan's counsel before the Court issued its Order on June 13, 2007.

10. S.E. Foster was drafting its opposition when the Court's June 13, 2007 Order was received.

11. The parties in this case previously were scheduled for a pretrial status conference on July 6, 2007. The status conference has now been set for July 27, 2007.

As S.E. Foster is willing to forego its overhead damages on its claim of $94,878 so that it can maintain the scheduled for the July 17, 2007 trial date, S.E. Foster requests that the July 17,

2007 trial date be reinstated.  IN THE ALTERNATIVE, S.E. Foster requests the soonest possible status conference and trial date.

Dated: June 15, 2007                                   Respectfully submitted,

                                                                  /S/
                                                       David C. Mancini, Esq.  (DC Bar No. 405630)
                                                       THELEN REID BROWN RAYSMAN & STEINER LLP
                                                       701 Eighth Street, N.W.
                                                       Washington, D.C.  20001-3721
                                                       Ph:  (202) 508-4000
                                                       Fax:  (202) 508-4321

                                                       *Counsel for S.E. Foster Construction Co.*

## CERTIFICATE OF SERVICE

I certify that the above Motion for Reconsideration or in the Alternative Soonest Possible Status Conference and Trial Date was served on this 15th day of June 2007 by first class mail, postage prepaid, upon:

William C. Davis, III, Esq.
Shulman Rogers Gandal Pordy & Ecker, PA
11921 Rockville Pike, Suite 300
Rockville, MD 20852

Counsel for Defendant Spartan Enterprises, Inc.

/S/
David C. Mancini