**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY : | |
| Plaintiff, : | |
| vs.    : | Civil Action No. 1:06CV00876 (PLF) |
| SPARTAN ENTERPRISES, INC.  : | |
| Defendant.   : | |

## ORDER

Upon consideration of the foregoing Plaintiff's Motion for Reconsideration or in the

Alternative Soonest Possible Status Conference and Trial Date, and the Opposition thereto filed

by Defendant, it is this _____ day of June, 2007, by the United States District Court for the

District of Columbia;

ORDERED, that Plaintiff's Motion for Reconsideration or in the Alternative Soonest

Possible Status Conference and Trial Date be, and is hereby, denied.



_____
Judge Paul L. Friedman, United States District
Court for the District of Columbia

Mail copies to:

William C. Davis, III, Esquire
Marc E. Pasekoff, Esquire
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

David C. Mancini, Esquire
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

G:\39\Spartan\Documents\Opposition to Motion for Reconsideration.wpd