IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| S.E. FOSTER CONSTRUCTION COMPANY<br><br>    Plaintiff,<br><br>vs.<br><br>SPARTAN ENTERPRISES, INC.<br><br>    Defendant. | :<br>:<br>:<br>:<br>: Civil Action No. 1:06CV00876<br>:<br>:<br>:<br>: |

### JOINT STIPULATION REGARDING STATUS OF CASE

The above-referenced case has been settled. Consequently, and in consultation with the Court, the parties did not file their Joint Pre-Trial Statement on October 29, 2007. Shortly, the parties expect to file their Joint Stipulation of Dismissal in accordance with Fed. R. Civ. P. 41(a) and 41(c).

            Respectfully submitted,

            THELEN REID BROWN
             RAYSMAN & STEINER, LLP

            By: _____
             David C. Mancini, Bar No. 405630

701 Eighth Street, N.W.
Washington, D.C. 20001
(202) 508-4000

Attorneys for Plaintiff/Counter-defendant SE Foster Construction Co.

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.


By: /s/ William C. Davis, III
     William C. Davis, III, Bar No. 420361

11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
(301) 230-5200

Attorneys for Defendant/Counter-plaintiff Spartan Enterprises, Inc.


G:143/Spartan/joint line