UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| S.E. FOSTER CONSTRUCTION CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-876 (PLF) |
| SPARTAN ENTERPRISES, INC., | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On October 30, 2007, the parties filed a notice informing the Court that this case had been settled and that a stipulation of dismissal would be filed shortly. In addition, on November 8, 2007, the parties orally reported that they anticipate filing a stipulation of dismissal within seven to 10 days. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice; and it is

FURTHER ORDERED that the trial scheduled for November 13, 2007, is cancelled.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 9, 2007